FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SEC. 1983

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 1 8 2005

JAMES W. McCORMACK, CLERK
By: _____ 
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

JIMMY C. ROWE                          ADC # 127951

_____

Enter above the full name of the
Plaintiff, or plaintiffs, in this action.)

V.                                     CASE NO. 5:05C00113
                                                     JTR

MAX MOBLEY, ET AL.

_____

(Enter above the full name of
defendant or defendants, in this
action.)

**This case assigned to District Judge** Wilson
**and to Magistrate Judge** Ray

I.      Previous Lawsuits

        A.      Have you begun other lawsuits in state or federal court dealing with the
                same facts involved in this action?

                Yes _____    No __X__

        B.      If your answer to A is yes, describe each lawsuit in the space below.  (If
                there is more than one lawsuit, describe the additional lawsuits on another
                piece of paper, using the same outline.)

                1.      Parties to this lawsuit

                        Plaintiffs: _____

                        _____

                        Defendants: _____

                        _____

                2.      Court (If federal court, name the district; if state court, name the
                        county: _____

                        _____

**2**

3. Docket Number: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed?   Was it appealed?  Is it still pending?): _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II.   Place of present Confinement: Cummins Unit

P.O. Box 500 Grady, Arkansas 71644

III.  There is a prisoner grievance procedure in the Arkansas Department of Correction. **Failure to complete the grievance procedure may affect your case in federal court.**

A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes  X   No  _____

B. If your answer is YES, Attach copies evidencing completion of **the final step of the grievance appeal** procedure.  FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

C. If your answer is NO, explain why not: _____

_____

_____

IV.   Parties
(In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff(your name) Jimmy C. Rowe ADC no- 127951
Cummens Unit
Address: P.O. Box 500
Grady, Arkansas 71644

Name of plaintiff: _____

Address: _____

Name of plaintiff: _____

Address: _____

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: MAX MOBLEY

Position: DePuty DIRECTOR

Place of employment: ARKANSAS DepT. OF CORRECTION
℅ ADC COMPLIANCE OFFICE
Address: P.O. Box 20550 Pine Bluff, Arkansas 71612-0550

Defendant: RORY GRIFFIN

Position: CMS MEDICAL MANAGER for Cummins UNIT

Place of employment: CORRECTIONAL MEDICAL SERVICES
℅ ADC COMPLIANCE OFFICE
Address: P.O. Box 20550 Pine Bluff, Arkansas 71612-0550

Defendant: WASEEN SHAH, M.D.

Position: MEDICAL DocTOR / Physician

Place of employment: CORRECTIONAL MEDICAL SERVICES
℅ ADC COMPLIANCE OFFICE
Address: P.O. Box 20550 Pine Bluff, Arkansas 71612-0550

Defendant: DONALD ANDERSON, M.D.

Position: MEDICAL DocTOR

Place of employment: CORRECTIONAL MEDICAL SERVICES
℅ ADC COMPLIANCE OFFICE
Address: P.O. Box 20550 Pine Bluff, Arkansas 71612-0550

Defendant: Charles SWINGLE, M.D.

Position: MEDICAL DocTOR / Physician

Place of employment: CORRECTIONAL Medical Services
℅ A.D.C. Compliance office
Address: P.O. Box 20550 Pine Bluff, Arkansas 71612-0550

DEFENDANT: PATRICIA KELLY
POSITION : PHYSICIAN
PLACE OF EMPLOYMENT : CORRECTIONAL MEDICAL SERVICES
ADDRESS: c/o ADC COMPLIANCE OFFICE
P.O. BOX 20550 PINE BLUFF, ARKANSAS 71612-0550

DEFENDANT: D. W. TATE
POSITION : CAPTAIN
PLACE OF EMPLOYMENT : ARKANSAS DEPARTMENT OF CORRECTION
ADDRESS: c/o ADC COMPLIANCE OFFICE
P.O. BOX 20550 PINE BLUFF, ARKANSAS 71612-0550

SUPPLEMENTAL PAGE

3(A)

V.    Statement of Claim

State here as briefly as possible the <u>facts</u> of your case.  Describe how each
defendant is involved.  Include also the names of other persons involved, dates,
and places.  Do not give any legal arguments or cite any cases or statutes.  If you
intend to allege a number of related claims, number and set forth each claim in a
separate paragraph.  (Use as much space as you need.  Attach extra sheets if
necessary.)

"SEE ATTACHED SHEETS"

III.    Relief

State briefly exactly what **YOU want the court to do for YOU**.  Make **no legal
arguments. Cite no cases or statutes.**

"SEE ATTACHED SHEETS"

I declare under penalty of perjury (18 U. S. C. § 1621 that the foregoing is true
and correct.

Executed on this _____ day of _____, 20____

Jimmy C. Rowe #127951

Cummins Unit P.O. Box 500 GRADY, AR
Signature (s) of plaintiff (s)                                   71644

-4-

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JIMMY ROWE
        PLAINTIFF

V.

MAX MOBLEY, ET AL.
        DEFENDANT

CIVIL ACTION
NO _____

---

# A COMPLAINT PERSUANT TO 42 U.S.C 1983 CIVIL RIGHTS ACT

---

# PLAINTIFFS' COMPLAINT AND BRIEF IN SUPPORT

---

PREPARED BY:
JIMMY ROWE, PRO SE
#127951
CUMMINS UNIT
P.O. BOX 500
GRADY, AR. 71644

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


JIMMY ROWE
        PLAINTIFF
V.                          CASE NO#_____
MAX MOBLEY, ET AL.


## PLAINTIFFS' COMPLAINT AND BRIEF IN SUPPORT

COMES NOW THE ABOVE NAMED PRO SE
PLAINTIFF PERSUANT TO 42 U.S.C. 1983, AND IN
SUPPORT THEREOF, HEREIN ALLEGES, SUBMITS
AND STATES:

        1. PLAINTIFF MOVES BEFORE THE COURT IN
GOOD FAITH SEEKING RELIEF FROM WHAT HE BELIEVES, AND
WOULD THERE FOR SUBMIT, TO BE THE WILLFULL AND ONGOING
VIOLATION OF HIS PROTECTED CONSTITUTIONAL RIGHTS, TO
BE FREE OF CRUEL AND UNUSUAL PUNISHMENT
MANIFEST THROUGH THE DELIBERATE INDIFFERENCE
ALL NAMED HAVE TOWARD PLAINTIFFS' SERIOUS MEDICAL
CONDITION.

2. Plaintiff Is Indigent and would Therefore Seek permission To Proceed In FORMA PAUPERIS (see affidavit in support)

3. Plaintiff Adds that this is The Correct Avenue To Obtain The Relief he seeks and would further State That This Court is The proper forum To Entertain and Determine Same.

## JURISDICTIONAL STATEMENT

Plaintiff is incarcerated at The Cummins Unit of the Arkansas Department of Corrections Located in Lincoln County, Arkansas, which is in The Eastern District.

Jurisdiction of this Court Is Pursuant To, and By Virtue of, 42 U.S.C. 1983 Civil Rights Act.

## EXHAUSTION STATEMENT

Plaintiff States that there is a Grievance Procedure for The Inmates of The A.D.C. And would Add That After Completion of Same, No Relief What so ever Was Granted. Therefore Exhaustion Is Complete And Proof of Same Is Attached here To As Exhibits "A" - "B" - "C" - "D"

— 2 —

# INTERESTED PARTIES

PLAINTIFF: JIMMY ROWE # 127951
CUMMINS UNIT
P.O. BOX 500
GRADY, ARKANSAS 71644

PLAINTIFF IS A PRO SE indigent INMATE OF
The A.D.C. WHO ALLEGES All named DEFENDANTS
HAVE, AND OR ARE, VIOLATING his Constitutional
PROTECTION against Cruel AND UNUSUAL PUNISHMENT
IN VIOLATION OF The EIGTH AMENDMENT TO U.S.
COUSTITUTION, VIA DELIBERATE INDIFFERENCE TO
A SERIOUS MEDICAL CONDITION; CARE AND
TREATMENT.

DEFENDANT'S: MAX MOBLEY, DePUTY DIRECTOF, A.D.C.
%o A.D.C. COMPLIANCE OFFICE
P.O. BOX 20550
PINE BLUFF, ARKANSAS 71612-0550

MR. MOBLEY IS NAMED IN HIS OFFICIAL Capacity

RORY GRIFFIN, MEDICAL MANAGER
%o A.D.C. COMPLIANCE OFFICE
P.O. BOX 20550
PINE BLUFF, ARKANSAS 71612-0550

MR. GRIFFIN IS NAMED IN HIS OFFICIAL
AND INDIVIDUAL CAPACITIES



WASEEN SHAH, M.D.
℅ A.D.C. Compliance Office
P.O. Box 20550
Pine Bluff, Arkansas 71612-0550

MR. SHAH IS NAMED IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES.


DONALD ANDERSON, M.D.
℅ A.D.C. Compliance Office
P.O. Box 20550
Pine Bluff, Arkansas 71612-0550

MR. ANDERSON IS NAMED IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES.


CHARLES, JAMES SWINGLE, M.D.
℅ A.D.C. Compliance Office
P.O. Box 20550
Pine Bluff, Arkansas 71612- 0550

MR. SWINGLE IS NAMED IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES.

PATRICIA KELLY, M.D.
℅ ADC Compliance Office
P.O. Box 20550
Pine Bluff, Arkansas 71612-0550
MRS. KELLY IS NAMED IN HER OFFICIAL AND INDIVIDUAL CAPACITY

—4—

D. W. Tate
c/o ADC Compliance Office
P.O. Box 20550
Pine Bluff Arkansas 71612-0550

MR. Tate is named in his official
and individual capacities.

# STATEMENT OF THE CLAIM

The Case at Bar Stems from Defendants Refusal to Provide Adequate Medical Care to an Incarcerated Plaintiff, who is at the Mercy of Prison and Agents thereof.

Physicians Action/Inaction to Remedy Plaintiffs Fractured Right Hand has and is the Source of Pain and Suffering as well as Permanent Injury/Damage.

It is the Plaintiffs Contention That If Said Fracture of his Hand was Given Appropriate Medical Treatment by Qualified Medical Specialist's, whom Specialize In Bone Fractures, That The Bone Would Not Have Shifted and Reformed At an Odd Angle Causing Nerve and Tendon Damage. To This Day, Plaintiff Still Does Not Have Full Range/Use of His Right Hand.

Plaintiff Submits That all named defendants Persuant to, and By Virtue of, a Willful and Deliberate Indifference To his Medical Needs, Care, Treatment, Currently and Continually Violate The Eighth Amendment To The United States Constitution Prohibition Against Cruel and Unusual Punishment.

Plaintiff Begs The Court To Enjoin Defendants From Same.

DEFENDANT MOBLEY WAS MADE AWARE OF THE COMPLAINED ACTS AND CHOSE TO IGNORE IT. IN HIS OFFICIAL CAPACITY DEFENDANT MOBLEY COULD HAVE INSURED THIS ISSUE WAS RESOLVED. BY AND THROUGH HIS DELIBERATE INDIFFERENCE DEFENDANT MOBLEY HAS ALLOWED PERMANENT DAMAGE OR INJURY AS WELL AS PAIN AND SUFFERING.

DEFENDANT RORY GRIFFIN IS IN A POSITION, AND AWARE OF CHALLENGED ACTS/INACTIONS, TO CORRECT OR RESOLVE SAME. PURE DELIBERATE INDIFFERENCE.

DEFENDANT WASEEM SHAH IS AWARE OF CHALLENGED ACTS/INACTIONS AND IS IN POSITION TO CORRECT AND RESOLVE SAME. PURE DELIBERATE INDIFFERENCE.

DEFENDANT ANDERSON IS AWARE OF CHALLENGED ACTS/INACTIONS AND IS IN POSITION TO CORRECT AND RESOLVE SAME. PURE DELIBERATE INDIFFERENCE.

DEFENDANT SWINGLE IS AWARE OF CHALLENGED ACTS/INACTIONS AND IS IN A POSITION TO CORRECT AND RESOLVE SAME. PURE DELIBERATE INDIFFERENCE.

DEFENDANT PATRICIA KELLY IS AWARE OF CHALLENGED ACTS/INACTIONS AND IS IN A POSITION TO CORRECT AND RESOLVE SAME. PURE DELIBERATE INDIFFERENCE.

DEFENDANT TATE IS AWARE TO THE
CHALLENGED ACTS / INACTIONS AND CHOSE
TO DISREGARD A MEDICAL PROFFESSIONAL
ORDERED TREATMENT AND CIRCUMVENTED
AN ORDERED MEDICAL TREATMENT. PURE
DELIBERATE INDIFFERENCE.


ON OR ABOUT SEPTEMBER 2ND, 2004,
PLAINTIFF WAS REMANDED TO LAW ENFORCEMENT
OFFICIALS OF RICHLAND COUNTY IN THE STATE
OF OHIO. RICHLAND COUNTY SHERRIFFS DEPARTMENT
OF MANSFIELD, OHIO TOOK TEMPORARY CUSTODY
OF PLAINTIFF AND TRANSPORTED PLAINTIFF TO
THE RICHLAND COUNTY JAIL LOCATED IN MANSFIELD
OHIO.

ON OR AROUND SEPTEMBER 12, 2004, WHILE
IN THE CUSTODY OF OHIO AUTHORITIES PLAINTIFF
FRACTURED HIS RIGHT HAND. SUBSEQUENT
X-RAYS TAKEN AT MED-CENTRAL HOSPITAL
CONFIRMED A FRACTURE OF THE 4TH METACARPAL
OF PLAINTIFF'S RIGHT HAND.

PLAINTIFF WAS RETURNED TO CUSTODY OF
ARKANSAS DEPARTMENT OF CORRECTIONS CUMMINS
UNIT ON AROUND SEPTEMBER 28TH, 2004. DOCUMENT
WERE GIVEN TO MEDICAL PERSONNEL ALERTING THEM
TO THE FACT THAT PLAINTIFF HAD SUFFERED AN
INJURY TO HIS RIGHT HAND.

8-

ON 10/7/04 PLAINTIFF WAS SEEN BY DR. SHAH WHOM ONLY GAVE PLAINTIFF A CURSORY EXAMANATION. DR. SHAH DID NOT REMOVE PLAINT- IFFS SPLINT TO EXAMINE SAID INJURY. STATED THAT PLAINTIFF WOULD NEED TO SEE AN ORTHOPEDIC SPECIALIST.

AFTER SUBMITTING SEVERAL MEDICAL REQUESTS COMPLAINING OF SWELLING AND PAIN PLAINTIFF WAS SEEN BY DR. SWINGLE WHOM TOOK AN EXRAY OF PLAINTIFFS HAND AND STATED THAT PLAINTIFFS HAND IS 90% FRACTURED AND BEGINNING TO "KNIT" TOGETHER AT AN ANGLE AND NOTHING COULD BE DONE TO CORRECT THE "ANGULATION" OF THE INJURED HAND.

DEFENDANTS ANDERSON EXAMINED PLAINTIFFS HAND AND STATED THAT PLAINTIFFS HAND OBVIO- USLY SUFFERED AN INJURY AND FURTHER DIAGNOSED PLAINTIFF AS HAVING "EXTENSION TENDON DAMAGE AND NERVE DAMAGE". DEFENDANT ANDERSON FURTHER STATED THAT HE DIDN'T KNOW WHAT HE COULD DO TO CORRECT PLAINTIFFS INJURY, EVEN THOUGH THIS DOCTORS OPINION AND DIAGNOSIS OF TENDON DAMAGE, NERVE DAMAGE, AND IRREGULAR "ANGULATION" OF FRACTURED HAND HIS ONLY ACT WAS TO CONTINUE THE MEDICATION "INDOMETHICIN".

DEFENDANT KELLY HAS EXAMINED PLAINTIFF ON A NUMBER OF OCCASSIONS AND HAS FAILED TO TAKE THE NECESSARY STEPS TO CORRECT PLAINTIFFS INJURY.

-9-

Plaintiff has had several contacts with defendants only to be given cursory medical treatment notwithstanding that plaintiffs injury is obvious to even a lay person.

Defendant Tate disregarded medical doctors orders and circumvented said orders under the guise of security. All defendants are deliberately indifferent to plaintiffs medical treatment/care.

To date nothing has been done to correct plaintiffs injury, to date plaintiff still suffers extreme pain and swelling of injured hand, plaintiff does not have full use of said hand and is a direct result of this injury not recieving appropriate/adequate medical care by qualified medical proffessionals.

Plaintiff seeks injuctive relief, as well as both compensatory and punitive awards (see "Relief") as a result of defendants deliberate indifference.

# RELIEF

PLAINTIFF PRAYS THAT FOR GOOD CAUSE SHOWN, THE COURT WOULD GRANT THE FOLLOWING RELIEF:

A) INJUNCTIVE RELIEF COMPELLING DEFENDANTS TO AUTHORIZE AND PROPERLY ADMINISTER ADEQUATE MEDICAL CARE DEEMED BY THE APPROPRIATE MEDICAL SPECIALISTS, SPECIALIZING IN BONE FRACTURE, TENDON AND NERVE DAMAGE.

B.) COMPENSATORY DAMAGES IN THE AMOUNT OF FIFTY THOUSAND DOLLARS ($50,000.00) FOR ACTUAL PAIN SUFFERED DUE TO DEFENDANTS ACTIONS/INACTION.

C.) PUNITIVE DAMAGES IN THE AMOUNT OF FIFTY THOUSAND DOLLARS ($50,000.00), FOR RECKLESS AND CALLOUS DISREGARD OF PROTECTED CONSTITUTIONAL RIGHTS AS WELL AS DEFENDANTS INTENTIONAL VIOLATIONS OF FEDERAL LAW AND CIVIL RIGHTS.

D) ORDER AN EVIDENTIARY HEARING ON THE MERITS OF THIS COMPLAINT.

E.) ANY AND ALL RELIEF DEEMED APPROPRIATE.

IT IS SO PRAYED.

Respectfully Submitted,
Jimmy Rowe
Jimmy Rowe   Pro Se
P.O. Box 500
GRADY, AR 71644

-11-

# BRIEF IN SUPPORT

## (1) (B)

Even though a lawful imprisonment deprives convicted individuals of many rights, prisoners do retain certain constitutional rights. LEE V. WASHINGTON 390 u.s. 333, 333-34 (1968) (per curiam) and while the federal courts are reluctant to interfere with internal administrative workings of prisons, the court may intervene to remedy violations of those rights retained by prisoners. HUTTO V. FINNEY 437 u.s. 678, 687-88 (1978).

When prison policy infringes on a prisoners constitutional rights, and no valid penological interest exists, then said violations must have a valid avenue for relief. Officials need not set up and then shoot down every concievable alternative method of accomating the asserted right. THORNBURGH V. ABBOT, 490 u.s. 401, 414 (1989), but at the same time, an obvious violation of a protected constitutional right must be provided a form for litigation and resolution.

The eighth amendment protects prisoners against cruel and unusual punishment during confinement.

The supreme court has distinguished between official conduct that is part of the punishment formally imposed for a crime and official conduct that does not purport to be punishment, such as medical care. WILSON V. SELTER, 111 S. Ct. 2321, 2324-26 (1991)

-12-

In WILSON The Court STATED That A Prisoner Challenging OFFICIAL CONDUCT That IS NOT PART OF OF The FORMALLY SANCTIONED PENALTY FOR his Crime MUST DEMONSTRATE,

A) A SUFFICIENTLY Serious DEPRIVATION

B) That OFFICIALS ACTED WITH SUFFICIENTLY CULPABLE STATE OF MIND (WILSON 111 S.CT. AT 2324)

THE WILSON ALSO STATED That ONLY Deprivations DENYING The MINIMAL CIVILIZED MEASURE OF LIFES' NECCESSITIES ARE SUFFICIENTLY GRAVE TO FORM The BASIS OF AN EIGHTH AMENDMENT COMPLAINT,

The Supreme COURT HAS ADOPTED Deliberate INDIFFERENCE STANDARD TO Determine WETHER OFFICIALS DISPLAY THE REQUISITE CULPABLE STATE OF MIND WITH RESPECT TO MEDICAL CARE, (WILSON AT 2326-27). FAILURE TO meet AN ADEQUATELY STANDARD OF CARE AND Failure TO ~~Free~~ PROVIDE ADEQUATE MEDICAL FACILITIES CONSTITUTE DELIBER-ATE INDIFFERENCE TO A PRISONERS MEDICAL NEEDS. MIRANDA V. MUNOZ, 770 F. 2d. 255, 259 (1ST CIR 1985)

DEFENDANTS CAN OVERCOME ALL BURDENS AND MEET ALL STANDARDS CLEARLY DEFENDANTS ACTIONS AS SET FORTH BELOW SHOW REQUISITE DEPRIVATION AND That DEFENDANTS ACTED WITH SUFFICIENTLY CULP-ABLE STATE OF MIND. THE Complained OF ACTIONS / INACTIONS WERE NO mere ERROR MADE IN GOOD FAITH OR IN ADVERTANCE, BUT ACTUAL Deliberate INDIFFERENCE TO PLAINTIFFS Medical Care, Treatment AND NEEDS.

# VERIFICATION

I SWEAR AND STATE UNDER PENALTY OF
PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

_____
Jimmy L. Rowe

SWORN AND SUBSCRIBED TO, BEFORE ME,
A NOTARY PUBLIC, ON THIS 6 DAY OF April 2005.

_____
Darrell Everett Jr.
NOTARY

MY COMMISSION EXPIRES: Jan 30, 2006

EXHIBIT "A"

RECEIVED

CU-01 1324

NOV 2 4 2004

CUMMINS UNIT
GRIEVANCE OFFICE

## INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER __Cummins__

**PLEASE PRINT**
Name __Jimmy Rowe__ ADC# __127951__ Brks __14__ Job Assignment _____

IS THIS AN EMERGENCY SITUATION? YES ___ NO __✓__ If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

NOTWITHSTANDING THE FACT DR. SWINGLE, MAX MOBLEY AND RORY GRIFFIN KNOW THAT MY HAND IS FRACTURED, CURRENTLY SWOLLEN AND CONSTANTLY PAINFUL, ALL THREE REFUSE TO PROVIDE ADEQUATE MEDICAL TREATMENT AND REFUSE TO ~~PROVIDE~~ ALLOW AN ORTHOPEDIC SPECIALIST TO EXAMINE MY HAND WHICH IS REFORMING AT AN ODD ANGLE. I WAS TOLD BY DR. SWINGLE THAT THE NON-NARCOTIC NON-ADDICTIVE PAIN MEDICATION I NEED COST $2.00 A PILL AND NEITHER CMS NOR THE STATE WOULD PAY IT (ULTRAM) WHICH IS LISTED ON WHAT IS REFERRED TO CMS "FORMULARY MEDICATION LIST".
I NEED EXAMINED BY AN ORTHOPEDIC MD - I NEED PAIN MEDICATION, REGARDLESS OF COST; I NEED MEDICAL TREATMENT, OR FACE PERMANENT DAMAGE.

Inmate Signature __Rowe #127951__   __11-17-04__   Date __11-17-04__

---

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

**STAFF RECEIPT AND ACTION TAKEN**

__Sgt. R. McConnell__   _____   __11-19-04__

PRINT STAFF NAME (PROBLEM SOLVER)   Staff Code   Staff Signature / Date Received

Was this deemed an emergency?   Yes ___ No __X__

Was there a need to contact medical? Yes __X__ No ___   If yes, give name of person contacted? __Ms. Christian__

Describe action taken to resolve complaint, including dates. __On 11-19-04 I spoke with Ms. Christian about this. She informed me that Dr. Swingle states that your hand was 90% healed. She states you seen Dr. on 11-15-04 and he did not refer you to see an orthopedic.__

Was issue resolved? Yes __X__ No ___   Does inmate agree that issue was resolved? Yes ___ No __✓__

Staff Signature/Date __11/19/04__   Inmate Signature/Date __Rowe__

RECEIVED
OFFICE OF THE
INVESTIGATOR
DEC 09 2004
HEALTH & CORRECTIONAL PROGS.
ARK. DEPT. OF CORRECTION
610-00

**DISTRIBUTION: YELLOW** – Inmate Receipt

**(AFTER COMPLETION)   PINK** – Problem Solver Copy   **BLUE** – Grievance Officer

**ORIGINAL** – Given back to the Inmate After Completion

**GRIEVANCE FORM - (Attachment 1A)**

UNIT/CENTER  _Cummins_

FOR OFFICE USE ONLY

Grv. # _CU-04-1324_   RECEIVED

Date Received _NOV 2 4 2004_

Grievance Code: _____
CUMMINS UNIT
GRIEVANCE OFFICE

**PLEASE PRINT**
Name _Jimmy Rowe_   ADC# _127951_   Brks _14_   Job Assignment _____

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?   Yes _✓_   No _____

**********************************************************************

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

**THE ORIGINAL INFORMAL RESOLUTION FORM MUST BE ATTACHED**

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes _✓_ No __ If yes, give date _11-19-04_

Why do you feel the informal resolution was unsuccessful? _THE STATEMENT MADE BY MS. CHRISTIAN IS NOT WHAT DR. SWINGLE TOLD ME - MY HAND IS 90% FRACTURED, NOT "HEALED" - NOR DOES THIS ADDRESS THE ISSUE OF DENIAL OF MEDICATION. DR. SWINGLE IS REFUSING TREATMENT / MED._

**********************************************************************

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review. _MY HAND IS SWOLLEN, PAINFUL AND NEEDS TO BE EXAMINED BY AN ORTHO - DR. SWINGLE IS DENYING MEDICAL TREATMENT AND MEDICATION. - MAX MOBLEY IS NOT ADEQUATELY SUPERVISING SUBORDINATES AND HAS FAILED TO CORRECT THIS SITUATION EVEN AFTER RECEIVING SPECIFIC KNOWLEDGE OF SAME - RORY LAUGHIN HAS KNOWLEDGE OF MY DIRE MEDICAL NEED YET REFUSES TO ACT TO CORRECT IT OR PROVIDE MED. TREATMENT ___ ALL 3 NAMED ARE DELIBERATELY INDIFFERENT TO MY MEDICAL NEEDS_

RECEIVED
OFFICE OF THE
INVESTIGATOR

DEC 09 2004

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

IS THIS AN EMERGENCY SITUATION? YES _✓_ NO __ If yes, why? _I NEED IS Immediate medical Treatment and Pain medication_

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden

_Jimmy Rowe #12789_   _11-22-04_
INMATE SIGNATURE          DATE

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**

**RECEIPT FOR EMERGENCY SITUATIONS**

OFFICER (Please Print) _D. Tatter_   Signature _C. D. Tatter_

FROM WHICH INMATE? _J. Rowe_   ADC# _127951_

DATE: _11-23-04_   TIME: _9:52 am_



# GRIEVANCE ACKNOWLEDGEMENT

TO: Inmate   Rowe, Jimmy                           ADC #:   127951A

FROM:  Schwartz, Lisa                              TITLE:   Grievance Officer

RE: Notification of Grievance Received.           GRIEVANCE #:  CU-04-01324

DATE:  11/24/2004

Please be advised, I have received your Grievance dated   11/22/2004   on   11/24/2004

You will receive communication from this office regarding the Grievance by   12/28/2004

_Signature_

Signature of Grievance Officer/ARO

## CHECK ONE OF THE FOLLOWING

☑   This Grievance is of a medical nature and has been forwarded to the infirmary staff.

☐   This Grievance has been determined to be an emergency situation, as you so indicated.

☐   This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

_Signature_

Warden/Center/Supervisor's Signature

Deputy/Assistant Director or Director's Signature

RECEIVED
OFFICE OF THE
INVESTIGATOR

DEC 09 2004

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

IGTT400                        Page 1 of 1

# CMS GRIEVANCE RESPONSE

**Grievance #Cu04-1324**

| Inmate: Rowe, Jimmy | ADC#: 127951 | DOB: |
|---|---|---|
| Facility: CUMMINS | Barracks: 14 | |
| Grv. Date: 11/22/04 | Date Infirmary Recd: 11/30/04 | Response Date: 11/30/04 |

| Interview: N/A | Deferred: |
|---|---|

**Inmate's Complaints: Code: 601: Denial of Treatment**

**Response:** In review of your medical jacket, Dr. Shah saw you on 10/7/04 for follow up on your hand fracture. He documents your hand is doing well, re-orders medication, recommends the continued use of a brace, and to follow up in 4 weeks. Dr. Swingle saw you on 11/15/04. He states that the x-ray shows the fracture to be "approximately 90% healed." He stated, "patient can continue to work but no heavy lifting times 2 weeks." He did not document a need to change any orders. If your hand continues to hurt, I recommend that you turn in a sick call slip to be evaluated again.

**Recommendations: As mentioned above.**

**Responding Staff:** T. Kennedy, RN/Grievance Officer         **Date:** 11/30/04

Original - ADC Grievance Officer
Copy - Inmate
Copy - File                                    **Follow Up Required? No x Yes ☐ Date _____**

RECEIVED
OFFICE OF THE
INVESTIGATOR

DEC 09 2004

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

INMATE NAME: Rowe, Jimmy        ADC #: 127951A    GRIEVANCE #: CU-04-01324

## WARDEN'S/CENTER SUPERVISOR'S DECISION

I have determined that your grievance is of a medical nature. I have therefore forwarded your
grievance to the Medical Administrator who will provide a written response, and/or will
interview you within twenty (20) working days of the date I received your grievance. Should you
receive no response within this time frame, or the response that you receive is unsatisfactory, you
may appeal to the Deputy Director for Health and Correctional programs. If you have medical
needs that you believe are urgent put in a Sick Call Request, or send a Request for Interview to
the Medical Administrator.

If you do not agree with response, you may appeal my decision to the appropriate Assistant
Director within five (5) working days.

_____        _____        ___11-24-04___
Signature of ARO or Warden's/Supervisor's   Title            Date
           Designee

---

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five days by filling in the
information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are
appealing the decision to the original complaint. Do not list additional issues which are not part of your complaint.

**WHY DO YOU NOT AGREE WITH THE RESPONSE?**

See ATTACHED Sheet

_____    _127951_    _12-7-04_
      Inmate Signature               ADC#           Date

RECEIVED
OFFICE OF THE
INVESTIGATOR

DEC 09 2004

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION
Page 1 of 2

IGTT410

# GRIEVANCE APPEAL

FM: J. Rowe # 127551
Cummins

1207-04

ON 10/07/04 DID NOT EXAMINE MY HAND
HE ORDERED A TEST FOR CHOLESTEROL AND RE-
ORDERED OTHER MEDS — THEREFORE MEDICAL
RECORDS WILL REFLECT his DELIBERATE
INDIFFERENCE TOWARDS MY BROKEN hAND—
ON 11-15-04 DR. SWINGLE X-Rayed MY hAND—
Showed me The "BREAK" And pronounced iT 90%
FRACTURED NOT 90% hEALED.
ON 12-2-04 DR. SHAH Called me TO The INFIRMARY
AND WITHOUT EXAMINING me STATED DR. SWINGLE, STATED
MY hANd WAS AlMOST WELL — DESPITE OBVIOUS SWELLING—
AND RE-ORdered MEDICATION FOR OTHER TREATMENTS.
    TO DATE I HAVE NOT SEEN AN ORThopEdIC DOCTOR
NOTWITHSTANDING The Fact MY hAND IS PAINFul AND
STILL SWELLED. I'VE INFORMED DR. MObLEY STILL I
CANNOT GET proper MEDICAL ATTENTION FOR MY FRACTURED
hANd. I FEAR IRREPArAble hErm IF SHAH, MObLEY
AND SWINGLES' DELIBERATE INdIFFERENCE TO This
SERIOUS MEDICAL PROblEM CONTINUES TO BE
IGNORED

Jimmy Rowe # 127567
Cummins
P.O. Box 500
Grady, AR
7/6 4/1

RECEIVED
OFFICE OF THE
INVESTIGATOR

DEC 09 2004

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

| | | | |
|---|---|---|---|
| Rowe, Jimmy | 127951 | CU04-1324 |
| **INMATE NAME** | **ADC** | **GRIEVANCE** |

### DEPUTY/ASSISTANT DIRECTOR'S DECISION

"See the attached sheet." This type of appeal statement will not be accepted with your next appeal to my office. You must follow the Inmate Grievance Procedure by writing your appeal statement in the proper space provided beneath the Warden/Center Supervisor Decision. Additional pages or statements continued on the reverse side of a page will not be taken into account when I prepare a response to your appeal.

This attached sheet states that on 10/7/04 did not examine my hand. He ordered a test for cholesterol and re-ordered other meds—"Therefore Medical records will reflect his deliberate indifference towards my broken hand. On 11/15/04 Dr. Swingle x-rayed my hand-showed me the bread and pronounced it 90% fractured----not 90% healed. On 12/2/04 Dr. Shah called me to the Infirmary and without examinine me stated Dr. Swingle stated my hand was almost well despite obvious swelling and h e re-ordered medication for other treatments. To date I have not seen an orthopedic doctor notwithstanding the fact my hand is painful and still swelled. I've informed Dr. Mobley; still I cannot get proper medical attention for my fractured hand. I fear irreparable harm if Shah, Mobley, and Swingle deliberate indifference to this serious medical problem continues to be ignored."

First I must tell you that I am not a licensed physician and do no made medical diagnoses. However I do agree with the medical response which states that you were seen by Dr. Shah on 10/7/04 for a follow up o our hand fracture. He documents your hand is doing well, he re-ordered medications. Recommended the continued use of a brace and you were to be seen for a follow up in four weeks. Dr. Swingle saw you on 11/15/04 and he advised you that the x-ray showed the fracture to 90% healed  His notes went on to state that, "patient can continue to work but no heavy lifting times 2 weeks"  He did not document a need to change any other orders. It could be Possible that you misunderstood what one of the physicians' said and it confused you.

This matter has been addressed and appears to be resolving. If you have further question about the fracture of your hand, contact Mf. R. Griffin, HSA, of your unit for clarification.

This appeal has no merit.

| | |
|---|---|
| _____ | _12 - 27 - 2004_ |
| **SIGNATURE** | **DATE** |

That if you appeal this decision to the U. S. District Court a copy of this Deputy/Assistant Director must be attached to any petition or complaint or the Court must dismiss your case without notice. You shall also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

EXHIBIT "B"

DR. MAX MOBLEY
DEPUTY DIRECTOR OF HEALTH
AND CORRECTIONAL PROGRAMS
P.O. BOX 8707
PINE BLUFF, AR. 71611 - 8707

RE: MEDICAL TREATMENT FOR BROKEN HAND

DEAR DR. MOBLEY,                                    16 NOV 04

I RECEIVED YOUR LETTER DATED NOV. 5, 2004, IN WHICH YOU STATED YOU WOULD ADVISE RORY CONFFALI OF THE INADEQUATE TREATMENT OF MY BROKEN HAND.

MY PROBLEM IS ONGOING AND THUS FAR IGNORED BY C.M.S. AND A.D.C. OFFICIALS. I AM MAKING YOU FORMALLY AWARE OF MY SITUATION IN HOPES THAT YOU WILL CORRECT IT.

MY HAND WAS BROKEN WHILE I WAS EXTRADITED TO OHIO TO FACE CHARGES THERE. I RETURNED TO ARKANSAS WITH DOCUMENTATION SPECIFICALLY SETTING FORTH MY INJURY. C.M.S. WAS MADE FULLY AWARE OF MY INJURY AT THAT TIME. NOTWITHSTANDING THIS FACT, I STILL HAD TO SUBMIT 3 SICK CALL SLIPS AND A LETTER TO YOU BEFORE CUMMINS INFIRMARY WOULD SEE AND EXAMINE ME. DR. SWINGLE AT LAST X-RAYED MY HAND, ACKNOWLEDGED WHAT WAS ALREADY FORMALLY KNOWN THAT MY HAND WAS BROKEN BUT DUE TO THE FRACTURE STARTING TO KNIT HE WOULD NOT PUT A CAST ON IT, NOR WOULD HE MAKE ANY CORRECTIVE TREATMENT TO STRAITEN IT. I WILL POINT OUT THAT NATURALLY THE "KNITTING" BEGAN DUE TO THE AMOUNT OF TIME IT TOOK FOR THIS DOCTOR TO EXAMINE ME.

-1-

DR. SWINGLE REFUSED MEDICATION FOR PAIN STATING THE MEDICATION NEEDED COST $2.00 PER PILL AND C.M.S. WOULD NOT PAY THAT.

MY HAND IS CURRENTLY SWOLLEN, TWISTED TO AN ODD ANGLE AND VERY, CONSTANTLY, PAINFUL.

I NEED TO SEE AN ORTHOPEDIC DOCTOR WHO IS NOT MOTIVATED BY MONEY BUT IS INTERESTED IN HELPING ME.

DR. MOBLEY, THE POLICY I'M COMPLAINING OF IS WITHIN YOUR OFFICIAL CAPACITY TO CORRECT AND I ASK YOU TO HELP ME AS SOON AS POSSIBLE.

ALL I WANT IS TO SEE A DOCTOR WHO WILL HELP ME. THE PAIN IS UNBEARABLE AND THE SWELLING CONCERNS ME. PLEASE HELP ME.

SINCERELY,

JIMMY ROWE 127951
P.O. BOX 500
GRADY, AK. 71644

VERIFICATION

STATE OF ARKANSAS
COUNTY OF LINCOLN

I, JIMMY ROWE, HEREBY VERIFY AND DECLARE THAT THE CONTENTS OF THE FOREGOING LETTER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

EXECUTED ON THIS 22ND DAY OF November 2004.

JIMMY ROWE

SUBSCRIBED AND SWORN TO BEFORE ME, A NOTARY PUBLIC, ON THIS 22ND DAY OF November 2004.

MY COMMISSION EXPIRES 7-23-2005

NOTARY

-2-



*honor and integrity in public service*

**Arkansas Department of Correction**

P.O. Box 8707
Pine Bluff, Arkansas 71611-8707
Phone: (870) 267-6999
Fax: (870) 267-6258
www.state.ar.us/doc

November 5, 2004

Inmate Jimmy Rowe, #127951
Cummins Unit
P.O. Box 500
Grady, AR 71644

     RE:   Health Concerns/Issues

Inmate Rowe:

I am in receipt of your letter dated October 26, 2004, regarding a fractured hand and inadequate treatment.  By copy of this letter, I am advising the Health Services Administrator to look into this matter and communicate findings to you either by interview or written correspondence.

Sincerely,

Dr. Max Mobley
Deputy Director of Health
& Correctional Programs

MM5pc1

cc:   Rory Griffin w/encl.
     INCOR

# CMS INMATE INTERVIEW FORM

Inmate Name ~~Rowe #127951~~    Unit _Cummins_____    Barracks: _ _14 Bks_

Letter/Request Date: 10/26/04    RECEIVED 11/18/04

Interview:   ☐ Required  (give date) _____

                xx Not Required (give reason) _____

Inmate Complaints: <u>See Letter dated 10/26/04 addressed to Dr. Mobley, forwarded</u>

        <u>to me for response. (Code   ) 601_____</u>

Plan of Action:

<u>A review of your medical record indicates that Dr. Shaw saw you for this complaint</u>

<u>on 10/7/04, you were also seen for the complaint about your hand on 11/15/04 as</u>

<u>a follow up visit by Dr Swingle. According to the two physicians you have received</u>

<u>appropriate medical care. If you continue to have medical problems you should</u>

<u>sign up for sick call and request the assistance of the clinical staff.</u>

Follow - up Required    X No    Yes, Date_____

_____    _11/23/04_____
Unit Manager Signature                                    Date

EXHIBIT C Case 5:05-cv-00113-BRW Document 2 *uu-05-00012 2 of 43

RECEIVED

**INFORMAL RESOLUTION FORM (Attachment 1)**

UNIT/CENTER _Cummins_

MAR 1 4 2005

PLEASE PRINT
Name _Jimmy Rowe_ ADC# _12795_ Brks _14_ Job Assignment _CUMMINS UNIT_

IS THIS AN EMERGENCY SITUATION? YES ___ NO _X_ If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

ON 2-28-05 O, D. MARTIN ESCORTED M. TO THE INFIRMARY. I WAS SEEN BY
DR. ANDERSON REFERENCE TO MY RIGHT HAND. THIS HAND (4th METACARPAL)
WAS FRACTURED IN SEP 2004, MY HAND IS STILL EXTREMELY PAINFUL
AND SWELLS. THE INJURY TO THIS HAND IS OBVIOUS. DR. ANDERSON
STATED THAT HE WAS THE DOCTOR BUT DIDN'T KNOW WHAT WE
COULD DO. DR. ANDERSON DID CONTINUE THE MEDICATION
INDOCIN, THIS WAS IN SPITE OF THE FACT THAT I TOLD DR.
ANDERSON SAID MEDICATION WAS INEFFECTIVE AND NO HELP AT
ALL. MY HAND WAS FRACTURED IS SEP 2004, STILL TO THIS DAY
IT IS SWELLED AND EXTREMELY PAINFUL. I NEED THIS
INJURY PROPERLY "FIXED" !!

_[signature]_ 2-3-05

Inmate Signature                                    Date

---

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY.**

**STAFF RECEIPT AND ACTION TAKEN**

_D. Hill_                          _D. Hill_  2/4/05

PRINT STAFF NAME (PROBLEM SOLVER)          Staff Code     Staff Signature / Date Received

Was this deemed an emergency? Yes ____ No _✓_

Was there a need to contact medical? Yes _✓_ No ____ If yes, give name of person contacted? _Mrs. Arthur_

Describe action taken to resolve complaint, including dates. _ADVISED THAT THE MEDICAL DOCTOR OUT you_
_get the follow up list to see someone._

Was issue resolved? Yes _✓_ No ____ Does inmate agree that issue was resolved? Yes ____ No _✓_

_D. Hill 3/6/05_                                    _[signature]_

Staff Signature/Date                               Inmate Signature/Date

**DISTRIBUTION: YELLOW** – Inmate Receipt

**(AFTER COMPLETION) PINK** – Problem Solver Copy       **BLUE** – Grievance Officer

**ORIGINAL** – Given back to the Inmate After Completion

810-00

**GRIEVANCE FORM - (Attachment 1A)**

FOR OFFICE USE ONLY

RECEIVED

Grv. # _CU-05-00212_

Date Received _MAR 14 2005_

Grievance Code _____
CUMMINS UNIT
GRIEVANCE OFFICE

UNIT/CENTER _Cummins_

**PLEASE PRINT**
Name _Jimmy Rowe_    ADC# _12795_ /Brks _14_    Job Assignment _N/A_

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?    Yes _X_    No _____

*********************************************************************************

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

**THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED**

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes _X_ No __ If yes, give date _3-4-05_

Why do you feel the informal resolution was unsuccessful? _Although I have been scheduled for "follow up", my hand is obviously in need of correction, and my numerous complaints have not done any good._

*********************************************************************************

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_Fractured hand in Sep/04, hand still swells is extremely painful, especially when used, even for the simplest of tasks. Obvious that the bone has grown back together at an odd angle._

_Maybe its possible my hand can be "Re-aligned" notwithstandin that this is obvious to anyone whom looks at my hand. It (my hand) needs fixed properly._

IS THIS AN EMERGENCY SITUATION?   YES ___   NO _X_  If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

_Jimmy Rowe_                                    _3-10-05_
**INMATE SIGNATURE**                              **DATE**

(TO BE FILLED OUT BY THE RECEIVING OFFICER)

**RECEIPT FOR EMERGENCY SITUATIONS**

OFFICER (Please Print) _____ Signature _____

FROM WHICH INMATE? _____ ADC# _____

DATE: _____    TIME: _____

810-1



## GRIEVANCE ACKNOWLEDGEMENT

TO: Inmate  Rowe, Jimmy                                        ADC #:  127951A

FROM:  Harrison, Lisa R                                        TITLE:  Grievance Officer

RE: Notification of Grievance Received.                        GRIEVANCE #:  CU-05-00212

DATE:  03/14/2005

Please be advised, I have received your Grievance dated  03/10/2005  on  03/14/2005

You will receive communication from this office regarding the Grievance by  04/11/2005

_____
Signature of Grievance Officer/ARO

## CHOOSE ONE OF THE FOLLOWING

⊙   This Grievance is of a medical nature and has been forwarded to the infirmary staff.

○   This Grievance has been determined to be an emergency situation, as you so indicated.

○   This Grievance has been determined to not be an emergency situation because you would not be
    subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance
    will be processed as a Non-Emergency.

_____
Warden/Center Supervisor's
Signature

_____

INMATE NAME: Rowe, Jimmy          ADC #: 127951A          GRIEVANCE #: CU-05-00212

### WARDEN'S/CENTER SUPERVISOR'S DECISION

I have determined that your grievance is of a medical nature. I have therefore forwarded your grievance to the Medical Administrator who will provide a written response, and/or will interview you within twenty (20) working days of the date I received your grievance. Should you receive no response within this time frame, or the response that you receive is unsatisfactory, you may appeal to the Deputy Director for Health and Correctional programs. If you have medical needs that you believe are urgent put in a Sick Call Request, or sent a Request for Interview to the Medical Administrator.
If you do not agree with response, you may appeal my decision to the appropriate Assistant Director within five (5) working days.

_____        _____        __3-15-05__
Signature of ARO of Warden's/Supervisor's        Title                        Date
              Designee

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five days by filling in the information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the decision to the original complaint. Do not list additional issues which are not part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE?

_____        _____        _____
        Inmate Signature                        ADC#                        Date

# CMS GRIEVANCE RESPONSE

GRIEVANCE#:  CU-05-00212,

| | | |
|---|---|---|
| **INMATE:** Rowe, Jimmy | **ADC#:** 127951 | **DOB:** 10/20/1966 |
| **Facility:** Cummins Unit [A01] | | **Barracks:** BK14 |
| **Grv. Date:** 03/14/2005 | **Date Infirmary Recd:** 03/16/2005 | **Response Date:** 03/31/2005 |

**Interview:** Required ○   Deferred ◉

**Inmate's Complaints: (Code:)**
601 - Denial of treatment

**Responses:**
On 2/28/05, Dr. Anderson saw you regarding your hand and stated, "explained to patient that trauma to nerves and tendons are causing his hand problems and ice and NSAIDS are recommended." Motrin was ordered. Dr. Kelly had previously seen you 2/9/05 for follow-up upon the recommendation of Ms. Hornbeck on 1/11/05. Indocin was ordered. No recommendation by either Dr. Kelly or Dr. Anderson at this time for orthopedic intervention.

**Recommendations:**
None.

_____
Responding Staff

3-31-05
_____
Date

**Follow Up Required?:**   Yes ○   No ◉

## INFORMAL RESOLUTION FORM (Attachment 1)

MAR 15 2005

CUMMINS UNIT
GRIEVANCE OFFICE

UNIT/CENTER __CUMMINS__

PLEASE PRINT
Name __Jimmy Rowe__    ADC# __127951__  Brks __14__  Job Assignment _____

IS THIS AN EMERGENCY SITUATION? YES ____ NO _X_  If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, *dates*, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

ON 3-11-05 I WAS ESCORTED TO THE INFIRMARY BY SGT. ROBERSON, PER CAPT. TATE, REFERENCE TO THE MEDICAL RESTRICTION I RECIEVED ON 3-9-05, REQUIRING "SPECIAL CUFFS" WHEN HAND CUFFED IN THE BACK, DUE TO A HAND INJURY, CAPTAIN TATE WOULD NOT HONOR THIS MEDICAL RESTRICTION, I WAS HANDCUFFED REGULARLY IN THE BACK, AND ESCORTED TO THE INFIRMARY. I WAS THEN INFORMED THAT BY REQUEST OF CAPT. TATE, MR. GRIFFIN HAD ORDERED THIS MEDICAL RESTRICTION ALTERED. IT IS MY CONTENTION THAT THIS WAS PERSONALLY MOTIVATED, CAPTAIN TATE AN ADC OFFICIAL DOES NOT HAVE A MEDICAL LICENSE NOR DOES MR. GRIFFIN AN ADC OFFICIAL HAVE A MEDICAL LICENSE, YET THEY HAVE USED THIER POSITION AS SUPERVISORS TO CIRCUMVENT A LICENSED MEDICAL DOCTORS TREATMENT/ORDERS.

Inmate Signature __Jimmy Rowe__         Date __3-11-05__

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

**STAFF RECEIPT AND ACTION TAKEN**

PRINT STAFF NAME (PROBLEM SOLVER) _____  Staff Code _____  Staff Signature / Date Received _____

Was this deemed an emergency? Yes ____ No _✓_

Was there a need to contact medical? Yes ____ No _✓_  If yes, give name of person contacted? _____

Describe action taken to resolve complaint, including dates. Inmate Rowe had a script for Special cuffs, which is a handcuff that was specially made for someone who has a cast on their arm. Inmates can easily slip their hand out of the big cuff. On 3/11/05 inmate Rowe was escorted to the infirmary by me and Dr. Kelly changed the script to Double cuffed in the back.

Was issue resolved? Yes _✓_ No ____  Does inmate agree that issue was resolved? Yes ____ No _X_

__S.L. Robins__  __3/12/05__         __Jimmy Rowe__
Staff Signature/Date                   Inmate Signature/Date

**DISTRIBUTION: YELLOW** – Inmate Receipt

**(AFTER COMPLETION) PINK** – Problem Solver Copy    **BLUE** – Grievance Officer

**ORIGINAL** – Given back to the Inmate After Completion

810-00

**GRIEVANCE FORM - (Attachment 1A)**

FOR OFFICE USE ONLY

RECEIVED

Grv. # CU-05-00216

Date Received MAR 15 2005

Grievance Code:

**UNIT/CENTER** Cummins

**PLEASE PRINT**
Name Jimmy Rowe ADC# 127951 Brks/ ✓ Job Assignment N/A

IS THIS GRIEVANCE A MEDICAL GRIEVANCE? Yes ✗ No ____

*******************************************************************************************

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

### THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes ✗ No ___ If yes, give date 3-12-05

Why do you feel the informal resolution was unsuccessful? HAS NOT ADDRESSED THE ISSUE OR NON MEDICAL LICENSED OFFICIALS DICTATING MEDICAL TREATMENT UNDER THE GUISE OF SECURITY, NOR WHY OTHER HAVE BEEN PERMITED THE USE OF SPECIAL CUFFS WITH NO CAST?

*******************************************************************************************

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

3-9-05 MEDICAL RESTRICTION FOR SPECIAL CUFF USE, SCRIPT NOT HONORED AND ALTERED BY DR KELLY UNDER THE PRESSURE FROM NON-MEDICAL OFFICIALS, CAPT TATE AND MR. GRIFFIN, THIS IS IN EFFECT SECURITY MAKING MEDICAL DECISIONS AND TREATMENT, NOT WITHSTANDING THE CIRCUMVEN-TIVE OF CMS AND A LICENSED PHYSICIANS ORDERS

IS THIS AN EMERGENCY SITUATION? YES ___ NO ✗ If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should be not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

INMATE SIGNATURE                    DATE 3-13-05

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**

### RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) _____ Signature _____

FROM WHICH INMATE? _____ ADC# _____

DATE: _____ TIME: _____

INMATE NAME: <u>Rowe, Jimmy</u>        ADC #: <u>127951A</u>        GRIEVANCE #: <u>CU-05-00216</u>

### WARDEN'S/CENTER SUPERVISOR'S DECISION

I have determined that your grievance is of a medical nature. I have therefore forwarded your grievance to the Medical Administrator who will provide a written response, and/or will interview you within twenty (20) working days of the date I received your grievance. Should you receive no response within this time frame, or the response that you receive is unsatisfactory, you may appeal to the Deputy Director for Health and Correctional programs. If you have medical needs that you believe are urgent put in a Sick Call Request, or sent a Request for Interview to the Medical Administrator.

If you do not agree with response, you may appeal my decision to the appropriate Assistant Director within five (5) working days.

_____        _____        __3-15-05__
Signature of ARO or Warden's/Supervisor's                Title                    Date
Designee

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five days by filling in the information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the decision to the original complaint. Do not list additional issues which are not part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE?

_____        _____        _____
Inmate Signature                          ADC#                            Date



# GRIEVANCE ACKNOWLEDGEMENT

TO: Inmate   Rowe, Jimmy                          ADC #:   127951A

FROM:   Harrison, Lisa R                          TITLE:   Grievance Officer

RE: Notification of Grievance Received.           GRIEVANCE #:   CU-05-00216

DATE:   03/15/2005

Please be advised, I have received your Grievance dated   03/13/2005   on   03/15/2005

You will receive communication from this office regarding the Grievance by   04/12/2005

_____
Signature of Grievance Officer/ARO

# CHOOSE ONE OF THE FOLLOWING

◉   This Grievance is of a medical nature and has been forwarded to the infirmary staff.

○   This Grievance has been determined to be an emergency situation, as you so indicated.

○   This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

_____
Warden/Center Supervisor's
Signature

# CMS GRIEVANCE RESPONSE

| GRIEVANCE#:  CU-05-00216 |
|---|

| INMATE: Rowe, Jimmy | ADC#:  127951 | DOB:  10/20/1966 |
|---|---|---|
| Facility:  Cummins Unit [A01] | | Barracks:  BK14 |
| Grv. Date:  03/15/2005 | Date Infirmary Recd:  03/16/2005 | Response Date:  04/04/2005 |

| Interview:   Required  ○    Deferred  ◉ |
|---|

| **Inmate's Complaints: (Code:)** |
|---|
| 601 - Denial of treatment |
| **Responses:** |
| I have reviewed your medical jacket and spoken with Dr. Kelly. It was her understanding that special cuffs would allow more room in the back when, in fact, they are used when someone has a cast. All the infirmary doctors discussed this and decided that double cuffs would be sufficient for you. The physicians were not pressured by anyone. They understand that all medical decisions are theirs to make. |
| **Recommendations:** |
| None. |

_____          4-4-05
Responding Staff                                     Date

| Follow Up Required?:   Yes  ○    No  ◉ |
|---|

CS Form #67

## ARKANSAS DEPARTMENT OF CORRECTION
# STATEMENT OF WITNESS

Name **PABLO MARTIN** Rank/Status/Number **Corr. Off. I** Unit **Cummins**

STATEMENT: ON 2-28-05 I, C.O. MARTIN,P, ESCORTED INMATE Jimmy Rowe ADC #127951, From 14 bks(Admin, SEG) TO THE INFIRMARY FOR A DOCTORS CONSULT WITH DR. ANDERSON.

DR. ANDERSON DID STATE THAT INMATE ROWE HAS NERVE AND TENDON DAMAGE TO METACARPALS OF THE RIGHT HAND and FURTHER STATED THAT NOTHING SURGICALLY COULD BE DONE TO RE-ALIGN THE ANGULATION OF THE 4TH METACARPAL OF THE RIGHT HAND.

DR. ANDERSON FURTHER STATED THAT IT WAS OBVIOUS ROWES' HAND HAS BEEN INJURED AND DID NOT have DOUBT THAT THIS WAS CAUSING DISCOMFORT TO ROWE, DR. ANDERSON DID STATE THAT THERE WAS NOTHING HE COULD DO OTHER THAN CONTINUE THE "INDOCIN".

DR. ANDERSON INFORMED ROWE THAT HE DIDN'T KNOW WHAT HE COULD DO.

I make this statement freely, under no duress, and without undue coercion exerted against me by any correctional officer or official of the Arkansas Department of Correction.

CO' P. Mart
_____
Signature

2-28-05
_____
Date

_____
Witness/Statement Taken By

ADC-CDC—348

CS Form #67

## ARKANSAS DEPARTMENT OF CORRECTION
## STATEMENT OF WITNESS

Name M. TATE Rank/Status/Number 114101 Unit Cummins

STATEMENT: While living in the cell with J. Rowe #127951, I have observed that he has considerable difficulty using his right hand. It has considerable swelling from time too time.

It also appears that one of the knuckles is displaced due to a prior injury.

To my knowledge inmate Rowe was not recieving any medical treatment for this condition.

I make this statement freely, under no duress, and without undue coercion exerted against me by any correctional officer or official of the Arkansas Department of Correction.

Signature    3-1-05
        Date

Witness/Statement Taken By

ADC-CDC-348