**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JIMMY C. ROWE
ADC #127951                                                                                           PLAINTIFF

V.                                         5:05CV00113 WRW/JTR

MAX MOBLEY, Deputy Director,
Arkansas Department of Correction, et al.                                                  DEFENDANTS

**ORDER**

Plaintiff in this *pro se* § 1983 action has filed a Request for Production of Documents, pursuant to Fed. R. Civ. P. 34, which was inadvertently docketed as a "Motion for Copies." *See* docket entry #33. The Court will instruct the Clerk to correct the docket entry accordingly.

Additionally, the Court wishes to remind Plaintiff that discovery requests and responses are NOT to be filed with the Court – and, instead, should be sent DIRECTLY to the opposing counsel, along with a certificate of service. *See* Fed. R. Civ. P. 5(d) (providing that "the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: (i) depositions, (ii) interrogatories, (iii) requests for documents or to permit entry upon the land, and (iv) requests for admissions") (emphasis added); Local Rule 5.5(c)(2) (stating that "[a]ny party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure"). In contrast, Motions to Compel and/or for Sanctions, pursuant to Fed. R. Civ. P. 37, and any necessary attachments will be accepted for filing.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to redocket Plaintiff's Motion for Copies (docket entry #33) as

1

"Plaintiff's Request for Production of Documents."

2.    Plaintiff shall REFRAIN from filing with the Court any future: (1) depositions; (2) interrogatories; (3) requests for documents or to permit entry upon the land; (4) requests for admissions; or (5) response thereto.

Dated this 21st day of November, 2005.

                                                        /s/ J. Thomas Ray
                                          UNITED STATES MAGISTRATE JUDGE