## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JIMMY C. ROWE
ADC #127951                                                                                             PLAINTIFF

V.                                      5:05CV00113 WRW/JTR

MAX MOBLEY, Deputy Director,
Arkansas Department of Correction, et al.                                                DEFENDANTS

### ORDER

Plaintiff, who is currently incarcerated at the Cummins Unit of the Arkansas Department of Correction, has commenced this *pro se* § 1983 action alleging that Defendants violated his Eighth Amendment rights when they failed to provide him with adequate medical care for a fracture in the fourth metacarpal of his right hand. *See* docket entry #2.

Plaintiff has requested a jury trial, and the parties have not consented to proceed before a United States Magistrate Judge. *See* docket entry #6. Additionally, the deadline for filing any further dispositive motions has expired. *See* docket entry #30. Accordingly, the Court will notify the Honorable William R. Wilson, Jr., United States District Judge, that this case is ready to be set on his docket for a jury trial.

Given the seriousness of Plaintiff's allegations and his inability to prosecute his claims before a jury without the assistance of counsel, the Court concludes that appointment of counsel in this case is warranted at this time. *See Johnson v. Williams*, 788 F.2d 1319, 1322 (8th Cir. 1986) (explaining that a court may, in its discretion, appoint counsel for a *pro se* prisoner if it is convinced that he has stated a non-frivolous claim and that "the nature of the litigation is such that plaintiff as well as the court will benefit from the assistance of counsel"). Accordingly, the Court will appoint Ms. Doralee

Chandler, who has been randomly selected from a list of attorneys licensed to practice before this Court. **Additionally, the Court will no longer accept for filing any *pro se* pleadings submitted by Plaintiff – instead, all future pleadings must be filed and signed by Plaintiff's appointed counsel**. *See* Local Rule 5.5(c)(2) (providing that: "Every pleading filed in behalf of a party represented by counsel shall be signed by at least one attorney of record").

IT IS THEREFORE ORDERED THAT:

1. Ms. Doralee Chandler of the Matthews, Sanders & Sayers law firm, 825 West Third Street, Little Rock, AR 72201, is APPOINTED to represent Plaintiff in this § 1983 action.

2. The Clerk is directed to send Ms. Chandler a copy of this Order and Local Rule 83.7. If Ms. Chandler is unable to obtain the remainder of the file from CM/ECF, she should contact Judge Ray's Chambers at 501-604-5230, and a copy of the file, or any portion thereof, will be provided to her free of charge.

3. The Clerk is directed to refrain from docketing any future *pro se* pleadings submitted by Plaintiff.

Dated this 20th day of January, 2006.

/s/ J. Thomas Ray
UNITED STATES MAGISTRATE JUDGE